UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ABDIWAHAB M. HUSSEIN,
        Petitioner,

v.                                               Case No. 16-C-0383

BRIAN FOSTER, Warden,
        Respondent.

## ORDER

In accordance with my order of March 19, 2018, the petitioner has filed a motion to stay this case under *Rhines v. Weber*, 544 U.S. 269 (2005), while he exhausts state remedies. For the reasons stated in my prior order, the motion will be granted.

Accordingly, **IT IS ORDERED** that petitioner's motion for stay and abeyance is **GRANTED**. This case shall be stayed and held in abeyance until such time as the state proceedings relating to petitioner's conviction have concluded.

Dated at Milwaukee, Wisconsin, this 29th day of March, 2018.

                                        s/ Lynn Adelman
                                        LYNN ADELMAN
                                        District Judge